EXHIBIT 7

1 OF 2

| | | | | | | |
|---|---|---|---|---|---|---|
| 1712 | 09/11/00 | 427 | 09/19/00 | 3% 2ND 10 PROX N 3RD 30 PROX | 13935105 |

| BILL TO CUSTOMER #: 00085629 | ORDER PNT CUSTOMER #: 00085000 | SHIP TO CUSTOMER #: 00085000 |
|---|---|---|
| UMECO, INC.<br>P.O. BOX 21536<br><br>SAN JUAN, PR 00928<br>PUERTO RICO | UMECO, INC.<br>52 ANGEL BUENOMO ST<br>TRES MONJITAS<br>HATO REY, PR 00919 | UMECO, INC.<br>52 ANGEL BUENOMO ST<br>TRES MONJITAS<br>HATO REY, PR 00919 |

| | | | | | |
|---|---|---|---|---|---|
| 09/19/00 | 390 | 23270.00 | Consolidated Freight | | 879680 |

| MOBILITE | | 1008220 | | FOB SHIP POINT FF |
|---|---|---|---|---|

\* DO NOT SHIP VIA CWCE

| 5210 | SEMI ELECTRIC BED<br>TWO CRANK HI/LO | PC | 130 | 130 | 0 | 1452.00 | NET | 356.26 | 46,313.80 | .00 | 46,313.80 |
|---|---|---|---|---|---|---|---|---|---|---|---|

S/N 00I932591,00I932592,00I932593,00I932594,00I932595,
S/N 00I932596,00I932597,00I932598,00I932599,00I932600,
S/N 00I932601,00I932602,00I932603,00I932604,00I932605,
S/N 00I932606,00I932607,00I932608,00I932609,00I932610,
S/N 00I932611,00I932612,00I932613,00I932614,00I932615,
S/N 00I932616,00I932617,00I932618,00I932619,00I932620,
S/N 00I932621,00I932622,00I932623,00I932624,00I932625,
S/N 00I932626,00I932627,00I932628,00I932629,00I932630,
S/N 00I932631,00I932632,00I932633,00I932634,00I932635,
S/N 00I932636,00I932637,00I932638,00I932639,00I932640,
S/N 00I932642,00I932643,00I932644,00I932645,00I932646,
S/N 00I932647,00I932648,00I932649,00I932650,00I932651,
S/N 00I932652,00I932653,00I932654,00I932655,00I932656,
S/N 00I932657,00I932658,00I932659,00I932660,00I932661,
S/N 00I932662,00I932663,00I932664,00I932665,00I932666,
S/N 00I932667,00I932668,00I932669,00I932670,00I932671,
S/N 00I932672,00I932673,00I932674,00I932675,00I932676,
S/N 00I932677,00I932678,00I932679,00I932680,00I932681,
S/N 00I932682,00I932683,00I932684,00I932685,00I932686,
S/N 00I932687,00I932688,00I932689,00I932690,00I932691,
S/N 00I932692,00I932693,00I932694,00I932695,00I932696,
S/N 00I932697,00I932698,00I932699,00I932700,00I932701,
S/N 00I932702,00I932703,00I932704,00I932705,00I932706,
S/N 00I932707,00I932708,00I932709,00I932710,00I932711,
S/N 00I932712,00I932713,00I932714,00I932715,00I932716,
S/N 00I932717,00I932718,00I932719,00I932720,00I935165,
S/N 00I935166,00I935167,00I935168,00I935169,00I935170,

1008220　　　　　　　　09/19/00　　　　　　　　13935105

```
        S/N 00I935171,00I935172,00I935173,00I935174,00I935175,
        S/N 00I935176,00I935177,00I935178,00I935179,00I935180,
        S/N 00I935181,00I935182,00I935183,00I935184,00I935185,
        S/N 00I935186,00I935187,00I935188,00I935189,00I935190,
        S/N 00I935191,00I935192,00I935193,00I935194,00I935195,
        S/N 00I935196,00I935197,00I935198,00I935199,00I935200,
        S/N 00I935201,00I935202,00I935203,00I935204,00I935205,
        S/N 00I935206,00I935207,00I935208,00I935209,00I935210,
        S/N 00I935211,00I935212,00I935213,00I935214,00I935215,
        S/N 00I935216,00I935217,00I935218,00I935219,00I935220,
        S/N 00I935221,00I935222,00I935223,00I935224,00I935225,
        S/N 00I935226,00I935227,00I935228,00I935229,00I935230,
        S/N 00I935231,00I935232,00I935233,00I935234,00I935235,
        S/N 00I935236,00I935237,00I935238,00I935239,00I935240,
        S/N 00I935241,00I935242,00I935243,00I935244,00I935245,
        S/N 00I935246,00I935247,00I935248,00I935249,00I935250,
        S/N 00I935251,00I935252,00I935253,00I935254,00I935255,
        S/N 00I935256,00I935257,00I935258,00I935259,00I935260,
        S/N 00I935261,00I935262,00I935263,00I935264,00I935265,
        S/N 00I935266,00I935267,00I935268,00I935269,00I935270,
        S/N 00I935271,00I935272,00I935273,00I935274,00I935275,
        S/N 00I935276,00I935277,00I935278,00I935279,00I935280,
        S/N 00I935281,00I935282,00I935283,00I935284,00I935285,
        S/N 00I935286,00I935287,00I935288,00I935289,00I935290,
        S/N 00I935291,00I935292,00I935293,00I935294,00I959889,
        S/N 00I959890,00I959891,00I959892,00I959893,00I959894,
        S/N 00I959895,00I959896,00I959897,00I959898,00I959899,
        S/N 00I959900,00I959901,00I959902,00I959903,00I959904,
        S/N 00I959905,00I959906,00I959907,00I959908,00I959909,
        S/N 00I959910,00I959911,00I959912,00I959913,00I959914,
        S/N 00I959915,00I959916,00I959917,00I959918,00I959919,
        S/N 00I959920,00I959921,00I959922,00I959923,00I959924,
        S/N 00I959925,00I959926,00I959927,00I959928,00I959929,
        S/N 00I959930,00I959931,00I959932,00I959933,00I959934,
        S/N 00I959935,00I959936,00I959937,00I959938,00I959939,
        S/N 00I959940,00I959942,00I959943,00I959944,00I959945,
        S/N 00I959946,00I959947,00I959948,00I959949,00I959950,
        S/N 00I959951,00I959952,00I959953,00I959954,00I959955,
        S/N 00I959956,00I959957,00I959958,00I959959,00I959960,
        S/N 00I959961,00I959962,00I959963,00I959964,00I959965,
        S/N 00I959966,00I959967,00I959968,00I959969,00I959970,
        S/N 00I959971,00I959972,00I959973,00I959974,00I959975,
        S/N 00I959976,00I959977,00I959978,00I959979,00I959980,
        S/N 00I959981,00I959982,00I959983,00I959984,00I959985,
        S/N 00I959986,00I959987,00I959988,00I959989,00I959990,
        S/N 00I959991,00I959992,00I959993,00I959994,00I959995,
        S/N 00I959996,00I959997,00I959998,00I959999,00I960000,
        S/N 00I960001,00I960002,00I960003,00I960004,00I960005,
        S/N 00I960006,00I960007,00I960008,00I960009,00I960010,
        S/N 00I960011,00I960012,00I960013,00I960014,00I960015,
        S/N 00I960016,00I960017,00I960018,41,60159803
     SKU: 9153619023
                                                          ----------
                                                            1,452.00

     TOTAL INVOICE     ***************************************>    46,313.80
                                                                   ==========

     * LIST PRICE SHOWN IS NET OF THE QUANTITY DISCOUNT AMOUNTING TO  2956.20 *
```

(handwritten annotation: "Serial #" with arrow pointing to S/N 00I935211 line)